[No. 41416-0-I.    Division One.    December 6, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY DALE SHIELDS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-00870-7, Michael J. Fox, J., entered September 22, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Kennedy, C.J., and Becker, J.

[No. 43383-1-I.    Division One.    December 6, 1999.]

LAURIE MCCORMICK, *Appellant,* v. LAKE WASHINGTON SCHOOL DISTRICT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-20829-7, Peter Jarvis, J., entered July 24 and 31, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Cox, JJ. Now published at 99 Wn. App. 107.

[No. 17402-6-III.    Division Three.    December 7, 1999.]

WASHINGTON WINE & BEVERAGE CO., *Appellant,* v. OUTLOOK VINEYARDS JOINT VENTURE, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 96-2-02217-8, Heather K. Van Nuys, J., entered March 20, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 17600-2-III.    Division Three.    December 9, 1999.]

*In the Matter of the Personal Restraint of* MANUEL HIDALGO RODRIGUEZ, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.